UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JOSE ELMER FLORES et al.,                                          :
:
             Plaintiffs,                                           :
:                            21-CV-5006 (JMF)
    -v-                                                            :
:                                  ORDER
BORO CONCRETE CORP. et al.,                                        :
:
             Defendants.                                           :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 10, 2021, the Court ordered Plaintiffs to serve Defendants via overnight courier with (1) a copy of Plaintiffs' motion for default judgment and all supporting papers; and (2) a copy of the Court's Order within one business day of the filing of each document.  *See* ECF No. 12, at 2.  Additionally, the Court ordered Plaintiffs to file proof of such service on the docket within two business days of service.  *Id.*  To date, Plaintiffs have not filed proof of service of the motion for default judgment and all supporting papers, or a copy of the Court's September 10, 2021 Order.  In light of the forgoing, it is hereby ORDERED that, no later than **October 19, 2021**, Plaintiff shall file proof of such service on the docket if Plaintiff has already completed such service as of the date of this Order, or shall file a letter advising the Court that Plaintiff had not yet served Defendants as of the date of this Order.  If Plaintiff has not yet served Defendants, the Court will adjourn the upcoming default judgment hearing by subsequent Order.

      SO ORDERED.

Dated: October 18, 2021                              _____
      New York, New York                              JESSE M. FURMAN
                                                           United States District Judge