UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JOSE ELMER FLORES, et al.,                                         :
:
                           Plaintiffs,               :
:      21-CV-5006 (JMF)
        -v-                                                        :
:      ORDER
BORO CONCRETE CORP., et al.,                                       :
:
                           Defendants.               :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today:

- The deadline for Defendants to oppose Plaintiffs' motion for default judgment is hereby extended *nunc pro tunc* to **November 15, 2021**.

- It is hereby ORDERED the parties shall appear for a conference on **November 22, 2021, at 4:15 p.m.** The conference will be held remotely by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

- It is further ORDERED Mr. Kilgannon shall enter a notice of appearance no later than **October 22, 2021**.

       SO ORDERED.

Dated: October 21, 2021
       New York, New York
                                                  JESSE M. FURMAN
                                                United States District Judge