UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSE ELMER FLORES et al.,                                         :
                                                                  :
                            Plaintiffs,                           :
                                                                  :       21-CV-5006 (JMF)
            -v-                                                   :
                                                                  :       ORDER
BORO CONCRETE CORP. et al.,                                       :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- Defendants' deadline to oppose Plaintiffs' motion for default judgment is extended *nunc pro tunc* to **January 7, 2022**. Defendants are advised that no further requests to extend that deadline will be granted.

- If the parties reach a settlement in principle or decide to follow another course, they shall *promptly* notify the Court by filing a letter.

    SO ORDERED.

Dated: December 6, 2021
       New York, New York
                                                      JESSE M. FURMAN
                                                United States District Judge