# ROSSI, CROWLEY, SANCIMINO & KILGANNON, LLP

ATTORNEYS-AT-LAW<br>
42-24 235TH STREET<br>
DOUGLASTON, NEW YORK 11363<br>
TELEPHONE: (718) 428-9180<br>
FACSIMILE: (718) 279-8393

THOMAS J. ROSSI  
THERESA E. CROWLEY  
SALLY SANCIMINO  
TIMOTHY KILGANNON  
-------------

1551 KELLUM PLACE  
MINEOLA, NEW YORK 11501  
-------------------------  
TELEPHONE: (516) 746-5530  
FACSIMILE: (718) 279-8393

January 7, 2022

**Via PACER**
Honorable Jesse M. Furman
United States District Court – Southern District

    **Re:** Flores et al v. Boro Concrete Corp. et al
      1:21-cv-05006-JMF
      Joint Letter Motion

Dear Judge Furman:

 This office represents Defendants, Boro Concrete Corp, Martin Moore and Eric Chavez in the above referenced action.

 I am writing this joint letter with Plaintiffs' counsel's consent to request that the Plaintiffs' Motion for Default against Defendants be withdrawn without prejudice as the parties have agreed to allow Defendants to file an Answer. In addition, the parties have agreed to allow Defendants to file an Answer on or before January 14, 2022 at 5pm.

 As such, it is respectfully requested that Your Honor grant this joint letter motion. Thank you for your attention to this matter.

        Very truly yours,

        *Timothy Kilgannon*

        Timothy Kilgannon, Esq.

Cc: *Via PACER* – Plaintiffs' counsel

Application GRANTED. The Clerk of Court is directed to terminate ECF Nos. 24 and 39.

        SO ORDERED.

        January 7, 2022