UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JOSE ELMER FLORES et al., :
:
                Plaintiffs, :
: 21-CV-5006 (JMF)
   -v- :
: ORDER
:
BORO CONCRETE CORP. et al., :
:
                Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that counsel for all parties appear for an initial pretrial conference with the Court on **February 17, 2022,** at **4:45 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  **No later than Thursday of the week prior** to the initial pretrial conference, the parties shall file a joint letter, the contents of which are described in the Court's June 8, 2021 Order, and proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter.  *See* ECF No. 5.  The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at http://nysd.uscourts.gov/judge/Furman.

      The parties are also reminded of their obligation to contact the assigned Magistrate Judge no later than one week after the filing of an answer, per the Court's June 8, 2021 Order.  *See* ECF No. 5.

      SO ORDERED.

Dated: January 18, 2022
       New York, New York

                                                  JESSE M. FURMAN
                                                United States District Judge