UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE ELMER FLORES et al.,

                  Plaintiffs,

       -v-

BORO CONCRETE CORP. et al.,

                  Defendants.
------------------------------------------------------------------X

21-CV-5006 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      On April 14, 2022, the Court issued an Order directing the parties to, no later than April 28, 2022, submit their proposed settlement agreement to the Court along with a joint letter, the contents of which were described therein.  *See* ECF No. 53.  To date, the parties have not done so.  As a courtesy, the Court extends the parties' deadline to comply with the Order *nunc pro tunc* to **May 12, 2022**.

      SO ORDERED.

Dated: May 5, 2022
       New York, New York

                                                               JESSE M. FURMAN
                                                 United States District Judge