UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSE ELMER FLORES et al., :
:
                Plaintiffs, :
: 21-CV-5006 (JMF)
   -v- :
: **ORDER**
:
BORO CONCRETE CORP. et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the conference held yesterday:

- The deadline for discovery is extended to **August 26, 2022**. No further extensions will be granted.

- The pretrial conference currently scheduled for July 20, 2022, is ADJOURNED to **August 31, 2022**, at **3:45 p.m.**

    SO ORDERED.

Dated: June 17, 2022
       New York, New York
                                                 JESSE M. FURMAN
                                          United States District Judge