UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSE ELMER FLORES et al.,                                         :
:
                     Plaintiffs,                         :
:     21-CV-5006 (JMF)
     -v-                                                         :
:     <u>ORDER</u>
BORO CONCRETE CORP. et al.,                                       :
:
                     Defendants.                         :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated during the conference held today:

- Discovery in this case is now closed.  That said, Defendants are urged to voluntarily cure any discovery deficiencies, as the Court will weigh that heavily in deciding whether to impose sanctions and, if so, what sanctions to impose.

- Plaintiffs shall file a motion for sanctions seeking, *inter alia*, striking of the answer, entry of default judgment, and recovery of attorney's fees within **thirty days** of the date of this Order;

- Defendants' opposition, if any, shall be filed within **two weeks** of the motion; and

- Plaintiffs' reply, if any, shall be filed within **one week** of the opposition.

The Court will set deadlines for summary judgment and/or trial once the motion for sanctions is resolved.  Finally, as noted during the conference, the Court plans to have the conference recording transcribed.

      SO ORDERED.

Dated: August 31, 2022                     _____
      New York, New York                     JESSE M. FURMAN
                                                    United States District Judge