UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOSE ELMER FLORES et al., :
:
Plaintiffs, :
: 21-CV-5006 (JMF)
-v- :
: ORDER
BORO CONCRETE CORP. et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 30, 2022, Plaintiffs filed a motion for sanctions, ECF No. 73, and motion for default judgment, ECF No. 75. Defendants shall file a single, consolidated opposition to both motions by **October 14, 2022**. Plaintiffs shall file a single consolidated reply to any such opposition by **October 21, 2022**. *See* ECF No. 70

      SO ORDERED.

Dated: October 4, 2022
       New York, New York

                                                JESSE M. FURMAN
                                         United States District Judge