UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE ELMER FLORES et al.,

                Plaintiffs,

       -v-                                             21-CV-5006 (JMF)

BORO CONCRETE CORP. et al.,                      ORDER

                Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 28, 2022, Plaintiffs filed an Amended Complaint. *See* ECF No. 80. In doing so, however, they failed to comply with Paragraph 1.B of the Court's Individual Rules and Practices in Civil Cases, which provides that "[a]ny amended or corrected filing (including but not limited to amended pleadings) shall be filed with a redline showing all differences between the original and revised filing." Plaintiffs shall file a redline no later than **November 30, 2022**.

       SO ORDERED.

Dated: November 29, 2022
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge