

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, New York 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

December 2, 2022

**Via ECF:**
The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

                Re:     ***Flores et al v. Boro Concrete Corp. et al***
                       Civil Docket No.: 21-cv-05006 (JMF)

Dear Judge Furman:

      We represent the Plaintiffs in this FLSA action, and we respectfully submit this letter motion to respectfully request an extension of time for Plaintiffs to submit their documentary evidence supporting Plaintiffs' pending motion for default judgment in sum certain against Defendants and Plaintiffs' counsel's billing records, pursuant to Your Honor's November 21, 2022 Order. *See* Dkt. No. 79.

      On November 21, 2022, the Court directed, *inter alia*, that: "[w]ith respect to damages, Plaintiffs have not provided documentary evidence, based upon personal knowledge, to support the underlying assumptions in their calculation," and "regarding attorney's fees, Plaintiffs' counsel have not submitted timesheets or any other contemporaneous records to show that their request is reasonable." *See* Dkt. No. 79, page 2. "Plaintiffs are granted until December 2, 2022, to cure these defects."  Id.

      The reason the instant request is being made, is that we are currently in the process of procuring and procuring and drafting the Plaintiffs' affidavits and necessary supporting evidentiary materials, and will require additional time to complete this process, in compliance with the Court's Orders; Plaintiffs reasonably anticipate two (2) weeks' time to be sufficient to do so. As such, if this request is granted, Plaintiff can submit all of the above by December 16, 2022, including supplementing our request for attorneys' fees as we are still incurring fees associated with the instant motion during this time.

      Therefore, Plaintiffs respectfully request until Friday, December 16, 2022, for the Plaintiffs to submit the inquest materials pursuant to the Court's Order.

      We attempted to obtain Defendants' position on the motion, but we were unable to reach Defendants' counsel and were unable to leave him a message regarding such as his mailbox was full.

      We thank the Court for its kind consideration on this matter, we remain available to provide any additional information necessary.

                                                Respectfully submitted,

                                                *Roman Avshalumov*
                                                Roman Avshalumov, Esq.
                                                Helen F. Dalton & Associates, P.C.
                                                *Attorneys for Plaintiffs*

<u>CC</u>:
**Timothy Kilgannon, Esq.**
Rossi, Crowley, Sancimino & Kilgannon, LLP
42-24 235th Street
Douglaston, NY 11363
718-428-9180
Email: tkilgannon@rcsklaw.com
***ATTORNEY TO BE NOTICED***

Application GRANTED *nunc pro tunc*. The Clerk of Court is directed to terminate Docket No. 83.

                                              SO ORDERED.

                                              December 5, 2022