**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE ELMER FLORES et al.,

                Plaintiffs,

-against-                              21 **CIVIL** 5006 (JMF)

**JUDGMENT**

BORO CONCRETE CORP. et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 30, 2023, and the Court's Memorandum Opinion and Order dated December 9, 2022, Guzman's claims are deemed abandoned and thereby DISMISSED without prejudice for failure to prosecute; accordingly, the case is closed.

**Dated:**  New York, New York

      January 30, 2023

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                        **BY:**         *K. Mango*

                                                           **Deputy Clerk**